UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KARA HUNTER,<br><br>                Plaintiff,<br><br>  v.<br><br>BOSTON SCIENTIFIC CORPORATION (D/B/A MANSFIELD SCIENTIFIC, INC. & MICROVASIVE, INC.); ETHICON, INC.; ETHICON WOMEN'S HEALTH AND UROLOGY, A DIVISION OF ETHICON, INC.; GYNECARE; JOHNSON & JOHNSON; AMERICAN MEDICAL SYSTEMS, INC.;   C.R. BARD, INC.; TISSUE SCIENCE LABORATORIES LIMITED; SOFRADIM PRODUCTION SAS; ANALYTIC BIOSURGICAL SOLUTIONS; COLOPLAST A/S; COLOPLAST CORPORATION; COLOPLAST MANUFACTURING, US LLC;  MENTOR CORPORATION ; MENTOR WORLDWIDE, LLC; CALDERA MEDICAL, INC.;  TYCO HEALTHCARE GROUP LP; UNITED STATES SURGICAL CORPORATION; COVIDIEN, INC.; COOK, INC., COOK MEDICAL INC., COOK GROUP, INC.; and JOHN DOES 1-20,<br><br>              Defendants. | No. 3:12-cv-00733 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

    **COMES NOW** Plaintiff KARA HUNTER and hereby dismisses without prejudice COLOPLAST A/S; COLOPLAST CORPORATION; COLOPLAST MANUFACTURING, US LLC; COOK, INC., COOK MEDICAL INC., and COOK GROUP, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 27th day of July, 2012.

Respectfully submitted,

/s/ J. Gerard Stranch, IV

J. Gerard Stranch, IV (BPR #23045)
Benjamin A. Gastel (BPR #28699)
BRANSTETTER STRANCH & JENNINGS, PLLC
227 Second Avenue North, Fourth Floor
Nashville, Tennessee 37201
Tel.  (615) 254-8801
Fax.  (615) 250-3937
gerards@branstetterlaw.com
beng@branstetterlaw.com


Douglass A. Kreis, Esq.
Bryan F. Aylstock, Esq.
D. Renee Baggett, Esq.
Neil D. Overholtz, Esq.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
Tel.   (850) 202-1010
Fax.  (850) 916-7449
dkreis@awkolaw.com
baylstock@awkolaw.com
rbaggett@awkolaw.com
noverholtz@awkolaw.com

**Attorneys for Plaintiffs**


### CERTIFICATE OF SERVICE

A copy of the foregoing filing was served via ECF/electronic mail on all counsel of record this 27th day of July, 2012.

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV