APPROVED and SO ORDERED.
ENTER: 2614; 136

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**MDL NO. 2327 - IN RE ETHICON, INC.
PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

This Document relates to:

KARA M. HUNTER,

              Plaintiff,

v.

ETHICON, INC., ETHICON WOMEN'S
HEALTH AND UROLOGY, GYNECARE,
JOHNSON & JOHNSON, AMERICAN
MEDICAL SYSTEMS, INC., C.R. BARD,
INC., TISSUE SCIENCE LABORATORIES
LIMITED, SOFRADIM PRODUCTION SAS
and BOSTON SCIENTIFIC CORPORATION
*doing business as* MANSFIELD SCIENTIFIC,
INC. & MICROVASIVE, INC.,

              Defendants.

Case No. 2:12-cv-04228

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Come now the parties, by and through their counsel of record, and hereby stipulate and

agree to dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), with each party to bear its own fees and costs.

Dated this 11th day of April, 2014.

STIPULATED AND AGREED TO BY:

/s/ *Douglas A. Kreis*_____
Douglass A. Kreis, Esq.
Florida Bar No. 0129704
Attorney for Plaintiff
KARA M. HUNTER
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, Fl 32502
Telephone: (850) 202-1010
Email: dkreis@awkolaw.com

/s/ *Michael Bonasso* _____
Michael Bonasso
Attorney for Defendant
BOSTON SCIENTIFIC CORPORATION
FLAHERTY SENSABAUGH BONASSO, PLLC
200 Capitol Street
Charleston, WV 25338-3843
304/347-4259
Fax: 304/345-0260
Email: mbonasso@fsblaw.com